**UNITED STATES of America, Plaintiff-Appellee, v. Louis SNYDER, Defendant-Appellant.**

No. 33.

Circuit Court of Appeals, Second Circuit.

Nov. 7, 1938.

David P. Siegel, of New York City, for appellant.

Michael F. Walsh, U. S. Atty., of Brooklyn, N. Y. (Vine H. Smith, Asst. U.

S. Atty., of Brooklyn, N. Y., of counsel), for the United States.

Before MANTON, L. HAND, and CHASE, Circuit Judges.

PER CURIAM.
Judgment affirmed.